

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-252-CV

GREG LYNN CAREY                                                      APPELLANT

V.

TONY DAUPHINOT                                                       APPELLEE

----------

FROM THE 325TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Respondent Greg Carey's Notice Of Dismissal Of Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* TEX. R. APP. P. 43.4.

PER CURIAM

PANEL D: WALKER, J.; CAYCE, C.J.; and MCCOY, J.

---

[1] *See* TEX. R. APP. P. 47.4.

DELIVERED: July 10, 2008